2007–1661.  **State ex rel. Griffin v. Chester Twp. Bd. of Trustees.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relators' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.